E-FILED
Monday, 26 March, 2018 01:50:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| HARRY CALLAHAN<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 17-1352 |

### Order

This matter is now before the Court on the parties' Joint Motion to Remand to the Administrative Law Judge ("ALJ") (ECF No. 12). In their Motion, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate that upon remand, the ALJ will offer the Plaintiff an opportunity for hearing and issue a new decision reassessing her residual functional capacity.

The Court finds the request for remand appropriate and so the Motion to Remand (ECF No. 12) is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the ALJ for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk's Office is hereby directed to enter judgment in favor of the Plaintiff and against the Defendant. This matter is now terminated.

ENTERED this 26th day of March 2018.

                                                /s/ Michael M. Mihm
                                                Michael M. Mihm
                                      United States District Judge